# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES SKINNER

NO. 2022 KW 0805

**SEPTEMBER 26, 2022**

---

In Re:  James Skinner, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 015992.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT